UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMETN OF HOMELAND SECURITY, et al.,<br><br>          Defendants. | Civil Action No. 25-3703 (ABJ) |

### STATUS REPORT

Pursuant to the Court's December 19, 2025, Minute Order, Defendants the United States Department of Homeland Security and United States Citizenship and Immigration Services, by and through counsel, respectfully submit this Joint Status Report.

With respect to Plaintiff's April 9, 2025, FOIA request to the Department of Homeland Security, the Department contends that Plaintiff failed to exhaust administrative remedies.

With respect to Plaintiff's August 26, 2025, FOIA request to USCIS, USCIS reports that it has completed processing of the request, and sent Plaintiff the records on January 14. 2026.

With respect to Plaintiff's September 3, 2025, FOIA request to the Department of Homeland Security, the Department referred the request to the United States Citizenship and Immigration Services.  The United States Citizenship and Immigration Services has closed that request as redundant with Plaintiff's August 26, 2025, FOIA request.

\*     \*     \*

- 2 -

For these reasons, Defendant requests that the Court order the parties to file a joint status report on or before Tuesday, March 17, 2026.

| | |
|---|---|
| Dated: January 16, 2026 | Respectfully submitted, |
| | JEANINE FERRIS PIRRO<br>United States Attorney |
| | By:     */s/ Brian J. Levy*<br>BRIAN J. LEVY<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-6734 |
| | *Attorneys for the United States of America* |