UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Civil Action No. 25-3703 (ABJ) |

## **PLAINTIFF'S RESPONSE TO DEFENDANTS' STATUS REPORT**

On December 19, 2025, this Court issued the following Minute Order:

* MINUTE ORDER. Before the Court in this FOIA case are a complaint and an answer. The requirements of Local Civil Rule 16.3 and Rule 26(f) of the Federal Rules of Civil Procedure appear to be inapplicable. Defendants shall file a dispositive motion or, in the alternative, a report setting forth the schedule for the completion of production of documents to plaintiff, on or before January 16, 2026. SO ORDERED. Signed by Judge Amy Berman Jackson on 12/19/2025. (lcabj1)

The Defendant filed its Status Report on January 16, 2026. ECF Docket 14.

The report states that the Defendants have disclosed all records responsive to CREW's August 26, 2025, request. A disclosure was made and CREW is in the process of reviewing those records.

The report states that the Plaintiff filed a FOIA request on April 9, 2025. The Defendant asserts that CREW failed to exhaust its administrative remedies with respect to that request. Defendants did not file a dispositive motion with respect to that request as ordered by this Court.

CREW understands that the Defendants' position is that the Department of Homeland Security sent a letter to CREW in mid-April seeking clarification of certain requests. CREW has

reviewed its files and has determined that it has received no such letter from either Defendant. CREW therefore believes that the parties should meet and confer with respect to scheduling disclosures of records responsive to the April 9 request and that a Joint Status Report summarizing the progress of those efforts be filed within thirty days.

Dated: January 18, 2026					Respectfully submitted,


  _/s/Jeffrey S. Gutman_____
Jeffrey S. Gutman (D.C. Bar No. 416954)
Jeffrey S. Gutman, PLLC
1712 Hobart St., N.W.
Washington, D.C. 20009
(202) 631-5129
jsgutmandc@gmail.com


  /s/ *Kayvan Farchadi*_____
Kayvan Farchadi (D.C. Bar No. 1672753)
Jonathan E. Maier (D.C. Bar No. 1013857)
CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, D.C. 20004
Telephone: (202) 408-5565
Fax: (202) 588-5020
kfarchadi@citizensforethics.org
jmaier@citizensforethics.org

*Counsel for Plaintiff*